Deborah MORIARITY, Appellant,

v.

KANSAS CITY, Missouri School District, Respondent.

WD78555 (Consolidated with WD78608)

Missouri Court of Appeals, Western District.

Order filed: August 9, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied September 20, 2016

Application for Transfer Denied December 20, 2016

Derek H. Mackay, for Appellant

Dione C. Greene, for Respondent

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and James E. Welsh, Judge

## ORDER

PER CURIAM:

Deborah Moriarity appeals the judgment of the trial court entered upon a jury verdict in favor of the Kansas City, Missouri School District on her claims against the District for age discrimination and retaliation. She contends that the trial court erred in denying her *Batson* challenge to the District's peremptory strike of a venireperson and in refusing to submit her proposed verdict directing instruction on her age discrimination claim. She also con-

tends that the trial court abused its discretion in admitting evidence of her post-termination disability application and in excluding evidence of two prior age discrimination claims brought against the District by former employees. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).